UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NANCY J. STONE,<br><br>    Plaintiff - Appellant,<br><br>V.<br><br>STATE OF HAWAII DEPARTMENT OF EDUCATION; et al.,<br><br>    Defendants - Appellees,<br><br>And<br><br>PAT HAMAMOTO, Superintendent; et al.,<br><br>    Defendants. | No.  04-16396<br>D.C. No.  CV-03-00239-SOM<br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>APR 1 0 2006<br><br>at __ o'clock and __ min. __ M<br>SUE BEITIA, CLERK |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**. Costs taxed in the amount of $88.20 in favor of appellees.

Filed and entered 12/13/05

