May 25, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-03-00239-SOM
**Appeal Number:** 04-16396
**Short Title:** Stone v. Hawaii Dept of Educa

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 3 0 2006
DISTRICT OF HAWAII

Volumes

| | | | | | | |
|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 7 | | | 0 | Certified Copy(ies) | |
| **Reporters Transcripts in:** | 2 | | | 0 | Certified Copy(ies) | |
| **Exhibits in:** | 0 | Envelopes | | 0 | Under Seal | |
| | 0 | Boxes | | 0 | Under Seal | |
| | 0 | Volumes | Volume 0 | of record | 0 | Under Seal |
| **State Lodged Docs in:** | 0 | Envelopes | 0 Expandos | 0 Folders | 0 | Boxes |
| | 0 | Other | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 Expandos | 0 Folders | 0 | Boxes |
| | 0 | Other | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: January 18, 2005

To: United States Court of Appeals     Attn: (✓) Civil
    For the Ninth Circuit
    Office of the Clerk                      ( ) Criminal
    95 Seventh Street
    San Francisco, California 94103          ( ) Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 03-00239-SOM        Appeal No:    04-16396
Short Title:  Stone vs. Hawaii Dept. of Education

| | | |
|---|---|---|
| Clerk's Files in | 7 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 2 | volumes (✓) original ( ) certified copy 5/3/2004, 6/28/2004 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

FILED
JAN 20 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Other:
-certified copy of docket sheet

Acknowledgment: _____     Date: _____

cc: all counsel

107